IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02263-LTB

PETER GEORGACARAKOS,

        Plaintiff,

v.

CHARLES DANIELS,

        Defendant.

ORDER TO CURE DEFICIENCY

Babcock, Senior Judge

        Petitioner submitted a Notice of Appeal on October 24, 2011. The court has determined that the document is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      __    is missing affidavit
      __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      __    is missing required financial information
      __    is missing an original signature by the prisoner
      __    is not on proper form (must use the court's current form)
      __    other_____

Accordingly, it is

        ORDERED that Petitioner cure the deficiencies designated above within 30 days from

the date of this order. Any papers that Petitioner filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  26th  day of October, 2011.

BY THE COURT:

s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO