**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02263-LTB

PETER GEORGACARAKOS,

    Applicant,

v.

CHARLES DANIELS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion for Reconsideration" (Doc. #15) filed on December 21, 2011, is DENIED.

Dated:  January 3, 2012